JS - 6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARCO ANTONIO CERVANTES,<br><br>        Petitioner,<br><br>vs.<br><br>WARDEN SCHOMIG,<br><br>        Respondent. | Case No. EDCV 10-131-CJC (DTB)<br><br>**J U D G M E N T** |

Pursuant to the Order Adopting Findings, Conclusions and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that the Petition is denied and this action is dismissed with prejudice.

DATED: April 18, 2011

_____
CORMAC J. CARNEY
UNITED STATES DISTRICT JUDGE

1